UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JBM FARMS, INC., )<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>)<br>YADKIN BANK, )<br>Appellee. ) | **JUDGMENT**<br><br>No. 4:15-CV-201-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court for the Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 26, 2016, that the decision of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on July 26, 2016, and Copies To:**

Clayton Williams Cheek (via CM/ECF Notice of Electronic Filing)
George F. Sanderson, III (via CM/ECF Notice of Electronic Filing)
Lauren A. Golden (via CM/ECF Notice of Electronic Filing)

July 26, 2016                                JULIE RICHARDS JOHNSTON, CLERK
                                              /s/ Christa N. Baker
                                             (By) Christa N. Baker, Deputy Clerk